RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

ALEXANDER E. STEVKO (CA Bar No. 301359)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-06863
Tel:    202-616-2380
Fax:    202-307-0054
Email: Alexander.Stevko@usdoj.gov

Of Counsel:
NICHOLAS A. TRUTANICH
U.S. Attorney
District of Nevada
*Attorney for United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN PROGRESSIVE – NEVADA, INC., | Case No.: 2:19-cv-01141-JCM-DJA |
| Plaintiff, | |
| v. | STIPULATION OF PRIORITY OF CLAIMS TO INTERPLEADER FUNDS BETWEEN THE UNITED STATES OF AMERICA AND THE NEVADA DEPARTMENT OF TAXATION |
| THE UNITED STATES OF AMERICA (IRS); C SCOTT GARDNER, an individual; TONYA GARDNER, an individual; NEVADA DEPARTMENT OF TAXATION; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Defendants the United States of America and the State of Nevada ex rel. its Department

of Taxation ("Nevada") submit the following stipulation as to the priority of their claims to the

surplus proceeds at issue in this suit:

Priority Stipulation
Case No. 2:19-cv-01141-JCM-DJA

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

1.     This stipulation is made with regard to the $85,793.96 of surplus proceeds that arose from the trustee's sale of the property previously owned by C. Scott and Tonya Gardner at 2003 Aspen Brook Drive, Henderson, Nevada 89074.

2.     The United States submitted a claim (Doc. 9) for unpaid federal income tax from Scott and Tonya Gardner for 2006 in the amount of $67,466.82; for unpaid 26 U.S.C. § 6672 tax from Scott Gardner for tax periods ending September 30, 2007; June 30, 2009; September 30, 2009; December 31, 2009; and September 30, 2010 in the total amount of $23,629.34; and for unpaid federal income tax from Scott Gardner for 2011 in the amount of $6,904.05. The total amount of the United States' claim was $98,000.21 as of August 16, 2019. That amount continues to accrue interest.

3.     Nevada submitted a claim (Doc. 19) for unpaid state taxes from the period beginning March 1, 2010 and ending December 31, 2013 in the total amount of $287,543.41.

4.     The United States and Nevada agree and stipulate that the United States' claim to the interpleader funds has priority over Nevada's claim, and therefore the United States should be paid first from the funds.

5.     Because the interpleader funds are insufficient to cover all of the United States' claim, all of the funds should be paid to the United States. Should it turn out that, for whatever reason, the United States' claim is less than the interpleader funds and therefore excess funds will exist after the United States' claim is paid, any such excess funds should be paid to Nevada.

6.     After the Court enters an order approving this priority stipulation, the United States will move to have the deposited funds distributed in accordance with the stipulated priority.

Priority Stipulation
Case No. 2:19-cv-01141-JCM-DJA

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

7. This stipulation and the distribution of the interpleader funds does not affect the validity of the United States' or Nevada's liens, and nothing in this stipulation will preclude any party from attempting to collect any money owed to it by any other lawful means.

8. The parties shall bear their own fees and costs.

WHEREFORE the below parties stipulate and request an order confirming the foregoing.

DATED: October 9, 2019     RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Alexander Stevko*
ALEXANDER STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice

NICHOLAS A. TRUTANICH
U.S. Attorney
District of Nevada
*Attorneys for United States*

DATED: October 9, 2019     */s/ David J. Pope*  (with permission)
DAVID J. POPE
Office of Nevada Attorney General
555 E. Washington Ave., Ste. 3900
(702) 486-3420
dpope@ag.nv.gov
*Attorney for Nevada Department of Taxation*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  October 11, 2019 _____

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

# CERTIFICATE OF SERVICE

I, Alexander Stevko, certify that on October 9, 2019, I filed the foregoing Stipulation the Court's e-filing system, which will send electronic notification to the following:

**Shadd A. Wade**
swade@zbslaw.com
*Attorney for Western Progressive*

**David J. Pope**
dpope@ag.nv.gov
*Attorney for Nevada Department of Taxation*

Priority Stipulation
Case No. 2:19-cv-01141-JCM-DJA

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395