1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   ALEXANDER E. STEVKO (CA Bar No. 301359)
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-06863
5  Tel:   202-616-2380
   Fax:   202-307-0054
6  Email: Alexander.Stevko@usdoj.gov

7

8                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
9

10 WESTERN PROGRESSIVE – NEVADA, INC.,                    Case No.: 2:19-cv-01141-JCM-DJA

11         Plaintiff,

12     v.                                                 STIPULATED JUDGMENT BETWEEN
                                                          WESTERN - PROGRESSIVE NEVADA
13 THE UNITED STATES OF AMERICA (IRS);                    INC. AND THE UNITED STATES
   C SCOTT GARDNER, an individual; TONYA
14 GARDNER, an individual; NEVADA
   DEPARTMENT OF TAXATION; and DOES
15 1 through 50, inclusive,

16     Defendants.

17

18     Defendant the United States of America and Plaintiff Western Progressive - Nevada Inc.

19 ("Western Progressive") submit the following stipulated judgment resolving Plaintiff's request

20 for attorney's fees and costs and its pending motion for summary judgment (ECF No. 26):

21     1.     This stipulation is made with regard to the $85,793.96 of surplus proceeds that

22 arose from the trustee's sale of the property previously owned by C. Scott and Tonya Gardner at

23 2003 Aspen Brook Drive, Henderson, Nevada 89074.

2. The United States submitted a claim (Doc. 9) for unpaid federal income tax from Scott and Tonya Gardner for 2006 in the amount of $67,466.82; for unpaid 26 U.S.C. § 6672 tax from Scott Gardner for tax periods ending September 30, 2007; June 30, 2009; September 30, 2009; December 31, 2009; and September 30, 2010 in the total amount of $23,629.34; and for unpaid federal income tax from Scott Gardner for 2011 in the amount of $6,904.05. The total amount of the United States' claim was $98,000.21 as of August 16, 2019. That amount continues to accrue interest.

3. The United States and the Nevada Department of Revenue previously stipulated the priority of their claims (ECF No. 24), with the United States' claim having priority, which means it would take all of the interpleader funds because its claim is larger than the available funds. The Court entered an order granting the stipulation (ECF No. 25).

4. Plaintiff has moved for summary judgment requesting attorney's fees and costs for its work in this case and for its work in the underlying trustee's sale giving rise to the funds.

5. Western Progressive and the United States agree that Western Progressive is entitled to $4,985.10 in fees and costs. This amount is to be paid out of the interpleader funds. The remaining funds are to be paid to the United States.

6. Plaintiff withdraws its motion for summary judgment.

7. After the Court enters an order approving this stipulation, Plaintiff will distribute the funds directly to the parties in accordance with the prior stipulated priority, and this judgment.

8. Other than the $4,985.10 provided for in this stipulation, the parties shall bear their own fees and costs, including for any future stipulations or motions to distribute filed with the Court.

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

9. Upon entry of the Order granting this stipulation, and entry of any final judgment required by the Court, all pending claims will have been resolved, and the case shall be closed.

WHEREFORE the below parties stipulate and request an order confirming the foregoing.

DATED: February 5, 2020         RICHARD E. ZUCKERMAN
                                Principal Deputy Assistant Attorney General

                                /s/ *Alexander Stevko*
                                ALEXANDER STEVKO
                                Trial Attorney, Tax Division
                                U.S. Department of Justice


DATED: February 5, 2020         */s/ Shadd Wade*  (with permission)
                                SHADD WADE
                                ZBS LAW, LLP.
                                9435 W. Russell Rd., Suite 120
                                Las Vegas, NV 89148
                                (702) 948-8565
                                swade@zbslaw.com
                                *Attorney for Western Progressive*


IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED:  February 7, 2020  _____

# CERTIFICATE OF SERVICE

I, Alexander Stevko, certify that on February 5, 2020, I filed the foregoing Stipulation the Court's e-filing system, which will send electronic notification to the following:

**Shadd A. Wade**
swade@zbslaw.com
*Attorney for Western Progressive*

**David J. Pope**
dpope@ag.nv.gov
*Attorney for Nevada Department of Taxation*

Attorney's Fees Stipulation
Case No. 2:19-cv-01141-JCM-DJA

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395