1   ZBS LAW, LLP
    Shadd A. Wade, Esq.
2   Nevada Bar No. 11310
    9435 W. Russell Rd, Suite 120
3   Las Vegas, NV 89148
    (702) 948-8565; FAX (702) 446-9898
4   swade@zbslaw.com
    Attorneys for Plaintiff  WESTERN PROGRESSIVE - NEVADA, INC.
5

6                     UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
7

8   WESTERN PROGRESSIVE – NEVADA,
    INC.,                                         Case No.: 2:19-cv-01141-JCM-DJA
9
            Plaintiff,
                                                  JOIN STATUS REPORT
10
        v.                                        **AND ORDER**
11
    THE UNITED STATES OF AMERICA (IRS);
12  C SCOTT GARDNER, an individual; TONYA
    GARDNER, an individual; NEVADA
13  DEPARTMENT OF TAXATION; and DOES
    1 through 50, inclusive,
14
        Defendants.
15

16          Defendant the United States of America and Plaintiff Western Progressive - Nevada Inc.

17  ("Western Progressive") submit the following joint status report pursuant to this Court's Order

18  dated June 12, 2020 (ECF NO. 31).

19          This matter was resolved by stipulated judgment (ECF NO. 30), wherein the United

20  States of America and Plaintiff agreed that "Plaintiff withdraws its motion for summary

21  judgment," thereby withdrawing same upon issuance of the Order.  The Parties further resolved

22  the interpleader and all claims for attorney's fees, when they stipulated: "After the Court enters

23  an order approving this stipulation, Plaintiff will distribute the funds directly to the parties in

    accordance with the prior stipulated priority, and this judgment. Other than the $4,985.10

provided for in this stipulation, the parties shall bear their own fees and costs, including for any

future stipulations or motions to distribute filed with the Court."

The Parties further agreed that this case can be dismissed: "Upon entry of the Order

granting this stipulation, and entry of any final judgment required by the Court, all pending

claims will have been resolved, and the case shall be closed."

The Parties have performed in line with all agreements in the stipulation, and request the

case be dismissed.

WHEREFORE the below parties stipulate and request an order closing the case.


DATED:  June 15, 2020                          RICHARD E. ZUCKERMAN
                                               Principal Deputy Assistant Attorney General


                                               /s/ *Alexander Stevko*_____
                                               ALEXANDER STEVKO
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice

                                               NICHOLAS A. TRUTANICH
                                               U.S. Attorney
                                               District of Nevada
                                               *Attorneys for United States*


DATED:  June 15, 2020                          */s/ Shadd A. Wade*_____
                                               SHADD WADE
                                               ZBS LAW, LLP.
                                               9435 W. Russell Rd., Suite 120
                                               Las Vegas, NV 89148
                                               (702) 948-8565
                                               swade@zbslaw.com
                                               *Attorney for Western Progressive*

1

2

## **CERTIFICATE OF SERVICE**

3

    I HEREBY CERTIFY that I am an employee of ZBS LAW, LLP; that service of the

4

foregoing **JOINT STATUS REPORT** was made on the __15th____ day of June, 2020, by

5

electronic service to all parties and counsel as identified on the Court-generated Notice of

    Electronic Filing.

6

7

    **David J. Pope**
    dpope@ag.nv.gov
    *Attorney for Nevada Department of Taxation*

8

9

    **Alexander E. Stevko**
    alexander.stevko@usdoj.gov
    *Attorney for the United States*

10

11

12

13

14

                        _/s/Sara Hunsaker_____
                        An Employee of ZBS LAW, LLP

15

16

17

18

19
## **ORDER**

20
**IT IS HEREBY ORDERED that the clerk shall CLOSE this case.**

21
    _____
                **U.S. District Court Judge**

22

23
    **DATE:**   July 12, 2021